Charles C. Weller (SBN: 207034)
legal@cweller.com
CHARLES C. WELLER, APC
11412 Corley Court
San Diego, California 92126
Tel: 858.414.7465
Fax: 858.300.5137

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON FAYE, *individually and on behalf of those similarly situated*; and DEANA LOZANO, *individually and on behalf of those similarly situated*;<br><br>Plaintiffs,<br><br>v.<br><br>REAL KETONES LLC, *a Utah limited liability company*,<br><br>Defendant. | No. 2:23-cv-08695-KK-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Brandon Faye and Deana Lozano hereby give notice of the dismissal of this action WITHOUT PREJUDICE.

1
2
3
4   Dated: January 11, 2024
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

CHARLES C. WELLER, APC

By:   /s/ *Charles C. Weller*

Charles C. Weller
*Attorney for Plaintiff*

-2-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

By:  /s/ *Charles C. Weller*

CHARLES C. WELLER
Attorney for Plaintiffs